BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAR 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUL OROPEZA LOPEZ, and<br>ANA MARIA OROPEZA<br><br>Defendants. | CASE NO. 1-15-CR-00051 LJO SKO<br><br>ORDER TO UNSEAL INDICTMENT AND<br>WARRANT OF ARREST |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made public record for Raul Oropeza Lopez and Ana Maria Oropeza.

Dated: March  17 , 2015

_____
SHIELA K. OBERTO
U.S. Magistrate Judge

2