**ROGER T. NUTTALL #42500**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, RAUL OROPEZA LOPEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | No. 15-cr-051-LJO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| v. | |
| RAUL OROPEZA LOPEZ and ANA MARIA OROPEZA, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for October 15, 2018, at 10:30 a.m. be continued to **November 13, 2018, at 1:30 p.m.** before the Honorable Lawrence J. O'Neill.

The need for a continuance is based upon Defendant, RAUL OROPEZA LOPEZ', need for additional time in which to fully prepare for the Sentencing Hearing as related to the loss/restitution issues. These issues are indeed complex, and the parties hereto have not been dilatory in trying to address their respective differences as related thereto. In response to an asserted loss amount by the Defendants, the Government recently responded with a revamped spreadsheet suggesting their

1

1  prospective view of the loss calculations.  As such, defense
2  counsel is not currently prepared to proceed on Monday, October
3  15, 2018, for sentencing since counsel must consult with the
4  clients, co-counsel, and his analyst, who is assisting him, in
5  order to address and try to resolve the loss/restitution issues.

6      This request by defense counsel has been relayed to the
7  Government Counsel Assistant U.S. Attorney Mark McKeon, who has
8  no objection.  Frankly, it is the hope of both defense counsel
9  and counsel for the Government that the parties may well be able
10 to reach an appropriate stipulation so as to avoid what would be
11 a lengthy evidentiary hearing.

12     The parties stipulate and agree that time can be excluded
13 from October 15, 2018, to, and including, November 13, 2018,
14 based upon counsel's need to be able to adequately represent his
15 client at sentencing, and that the ends of justice outweigh the
16 public's and defendants' interest in a speedy resolution.

17     Under the circumstances set forth herein, it is respectfully
18 suggested that good cause does indeed exist for a continuance to
19 the hereinabove-noted date.

20     **IT IS SO STIPULATED.**

21     Dated:  October 11, 2018.      Respectfully submitted,

22                                             NUTTALL COLEMAN & DRANDELL

23

24                                             By /s/ ROGER T. NUTTALL
                                                  ROGER T. NUTTALL
25                                                Attorneys for Defendant,
                                                  RAUL OROPEZA LOPEZ
26

27 ///

28 ///

2

Dated: October 11, 2018.    Respectfully submitted,


                             /s/ DANIEL A. BACON
                                 DANIEL A. BACON
                                 Attorney for Defendant,
                                 ANA OROPEZA


Dated: October 11, 2018.    PHILLIP A. TALBERT
                            United States Attorney


                            By /s/ MARK McKEON
                               MARK McKEON
                               Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on October 15, 2018, at 10:30 a.m., is continued to **November 13, 2018, at 1:30 p.m.**

**No further continuances should be sought; none will be granted.**

IT IS SO ORDERED.

Dated:  **October 11, 2018**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE

3