McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RAUL OROPEZA LOPEZ, and<br>ANA MARIA OROPEZA,<br><br>                Defendants. | CASE NO. 1:15-CR-00051-LJO-SKO<br><br>FIRST AMENDED ORDER RE SEIZED FUNDS |

On October 2, 2017, plaintiff United States of America and defendants Raul Oropeza Lopez and Ana Maria Oropeza entered into plea agreements in which the defendants agreed to the disposition of assets seized in this case. On May 16, 2019, the Court entered an order entitled Order re Seized Funds which implemented the parties' agreed disposition of the funds. ECF No. 75. The parties now request that the Court further specify the allocation of the Seized Funds towards the defendants' joint and several restitution obligations. The Court agrees that further specificity is warranted. Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

      1.      The following assets seized in this case shall be turned over to the Clerk of the Court for payment towards any restitution judgment entered against defendants RAUL OROPEZA LOPEZ and ANA MARIA OROPEZA (hereinafter referred to as "Seized Funds"):

1. Approximately $90,502.00 in U.S. Currency seized from Union Bank safe deposit box number W9125, held in the names of Raul Oropeza and Ana Oropeza;
2. Approximately $33,177.29 seized from Union Bank account number 4011668243, held in the name of Raul Oropeza;
3. Approximately $30,000.00 seized from Bank of the Sierra account number 1710061570, held in the name of Raul Oropeza; and
4. Approximately $13,513.00 in U.S. Currency.

2. Upon entry of this order, the custodial or seizing agency of the Seized Funds shall deliver the Seized Funds to the Clerk of the Court, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Any negotiable instruments shall be endorsed to the Clerk of the Court, and made payable thereto.

3. Upon entry of this order, $64,282 of the Seized Funds shall be applied to defendant Ana Maria Oropeza's joint and several restitution order, which will satisfy her criminal monetary penalty obligation in full. The remaining $102,910.29 shall be applied to defendant Raul Oropeza Lopez's criminal debt.

IT IS SO ORDERED.

Dated: **May 28, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE