PHILLIP A. TALBERT
Acting United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>         v.<br><br>ANA MARIA OROPEZA,<br><br>                        Defendant. | CASE NO.  1:15-CR-00051-NONE<br><br>STIPULATION REGARDING CONTINUING INITIAL APPEARANCE ON VIOLATION PETITION<br><br>DATE: November 8, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this violation petition was set for initial appearance and status on November 8, 2021.

2.  By this stipulation, defendant now moves to continue the initial appearance and status conference until January 24, 2022 and the defendant continues to waive time until such date.

IT IS SO STIPULATED.

Dated: November 5, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MARK J. McKEON
MARK J. McKEON
Assistant United States Attorney

Dated: November 5, 2021

/s/ DANIEL K. BACON
DANIEL K. BACON
Counsel for Defendant
ANA MARIA OROPEZA

## FINDINGS AND ORDER

IT IS SO ORDERED.

DATED: 11/05/2021

*/s/Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE