# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANA MARIA OROPEZA,<br><br>Defendant. | Case No. 1:15-cr-00051-LJO-SKO-2<br><br>ORDER REQUIRING COUNSEL FOR UNITED STATES OF AMERICA TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT HEARING ON INITIAL APPEARANCE RE SUPERVISED RELEASE<br><br>(ECF No. 86)<br><br>THREE DAY DEADLINE |

On January 24, 2022, the Court held a hearing on Defendant's initial appearance pertaining to revocation of supervised release. (ECF No. 86.) No counsel of record for the prosecution made an appearance at the hearing. Instead, Assistant United States Attorney Katherine Schuh made an appearance on behalf of the Government, at the Court's request.

The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000). Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Counsel for the Government shall show cause in writing why sanctions should not be imposed for the failure to appear at the January 24, 2022 hearing.

Accordingly, IT IS HEREBY ORDERED that **within three days of entry of this order**, counsel for the United States of America shall show cause in writing why sanctions should not be imposed for the failure to appear at the January 24, 2022 hearing.

IT IS SO ORDERED.

Dated:   **January 24, 2022**

UNITED STATES MAGISTRATE JUDGE