# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANA MARIA OROPEZA,<br><br>  Defendant. | Case No. 1:15-cr-00051-LJO-SKO-2<br><br>ORDER DISCHARGING JANUARY 24, 2022 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 88, 89) |

On January 24, 2022, the Court held a hearing on Defendant's initial appearance pertaining to revocation of supervised release. (ECF No. 86.) No counsel of record for the prosecution made an appearance at the hearing. Instead, Assistant United States Attorney Katherine Schuh made an appearance on behalf of the Government, at the Court's request. On the same date, the Court issued an order requiring the Government to show cause in writing why sanctions should not be imposed for the failure to appear at the hearing. (ECF No. 88.)

On January 24, 2022, counsel Mark McKeon filed a response on behalf of the Government. (ECF No. 89.) Mr. McKeon apologizes for the inconvenience to the Court and the parties, and submits that the mistake resulted from a mis-calendaring of the continued hearing date. Counsel submits that this is simply an explanation to the Court, and not an excuse. The Court finds good cause to discharge the order to show cause.[1]

---

[1] Due to an administrative oversight, the order to show cause was not immediately discharged based on the filing.

1

1 | Accordingly, IT IS HEREBY ORDERED that the January 24, 2022 order to show cause
2 | (ECF No. 88) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 10, 2022**

UNITED STATES MAGISTRATE JUDGE