PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00051-NONE |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING CONTINUING STATUS CONFERENCE ON VIOLATION PETITION |
| v. | |
| ANA MARIA OROPEZA, | DATE: February 28, 2022 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. ERICA P. GROSJEAN |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this violation petition was set for status on February 28, 2022.

2. The defense is reviewing discovery provided by the government, and has requested additional time to consult with U.S. Probation and the government about a possible resolution of the matter.

///

///

///

///

///

STIPULATION REGARDING CONTINUING INITIAL
APPEARANCE ON VIOLATION PETITION

1

3. By this stipulation, defendant now moves to continue status conference until May 18, 2022, at 2:00 pm before the Duty Magistrate Judge. and the defendant continues to waive time until such date.

IT IS SO STIPULATED.

Dated:  February 24, 2022             PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ MARK J. McKEON
                                      MARK J. McKEON
                                      Assistant United States Attorney

Dated:  February 24, 2022             /s/ DANIEL K. BACON
                                      DANIEL K. BACON
                                      Counsel for Defendant
                                      ANA MARIA OROPEZA

### FINDINGS AND ORDER

Pursuant to the parties' stipulation, the status conference will be continued until May 18, 2022, at 2:00 pm before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **February 24, 2022**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING CONTINUING INITIAL
APPEARANCE ON VIOLATION PETITION

2