PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00051-NONE |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING CONTINUING STATUS CONFERENCE ON VIOLATION PETITION |
| v. | |
| ANA MARIA OROPEZA, | DATE: May 18, 2018 |
| Defendant. | TIME: 2:00 p.m. COURT: Hon. STANLEY A. BOONE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this violation petition was set for status on May 18, 2018.

2. The defense is reviewing discovery provided by the government, including new discovery provided since the last status conference, and has requested additional time to consult with U.S. Probation and the government about a possible resolution of the matter in view of this new discovery.

///

///

///

///

STIPULATION REGARDING CONTINUING INITIAL
APPEARANCE ON VIOLATION PETITION

1

3. By this stipulation, defendant now moves to continue status conference until July 13, 2022 and the defendant continues to waive time until such date.

IT IS SO STIPULATED.

Dated:  May 11, 2022

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MARK J. McKEON
MARK J. McKEON
Assistant United States Attorney

Dated:  May 11, 2022

/s/ DANIEL K. BACON
DANIEL K. BACON
Counsel for Defendant
ANA MARIA OROPEZA

**ORDER**

IT IS SO ORDERED.

Dated:  **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE