DANIEL A. BACON 065099
ATTORNEYS AT LAW
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420

ATTORNEY FOR Defendant
ANA MARIA OROPEZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15 CR 00051 NONE |
| | ) | |
| Plaintiff, | ) | JOINT STATUS REPORT AND STIPULATION AND ORDER REGARDING CONTINUING STATUS CONFERENCE ON VIOLATION PETITION |
| vs. | ) | |
| ANA MARIA OROPEZA. | ) | |
| | ) | |
| Defendant. | ) | DATE: July 13, 2022 |
| | ) | TIME: 2:00 PM |
| | | COURT: Hon. Stanley A. Boone |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Ana Maria Oropeza, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this violation petition was set for status on July 13, 2022.

2. The defense is reviewing new discovery provided by the government, including new investigation ongoing by the defense, and has requested additional time to consult with U.S. Probation and the government about a possible resolution of the matter in view of this new discovery. The parties believe a resolution can be accomplished with additional time.

3. By this stipulation, defendant Oropeza now moves to continue the status conference

------

------

------

STIPULATION AND ORDER REGARDING CONTINUING
STATUS CONFERENCE ON VIOLATION PETITION

until September 7, 2022 at 2:00 PM before the Duty Magistrate Judge, and the defendant continues to waive time until such date.

IT IS SO STIPULATED.

Dated: July 6, 2022.                    PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant United States Attorney


Dated: July 6, 2022.                    /s/ Daniel A. Bacon
                                        DANIEL A. BACON, Attorney for Defendant

## FINDINGS AND ORDER

Pursuant to the parties' stipulation, the status conference will be continued until September 7, 2022 at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 6, 2022**                 _____
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER REGARDING CONTINUING
STATUS CONFERENCE ON VIOLATION PETITION