PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANA MARIA OROPEZA,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:15-cr-00051-JLT-SKO<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET ADMISSION HEARING; FINDINGS AND ORDER<br><br>DATE:　January 6, 2023<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

　　　The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for status conference regarding the probation violation petition before Magistrate Judge McAuliffe on October 26, 2022 at 2:00 p.m.

　　　2.　　The parties have reached a resolution such that a status conference is no longer necessary.

/ / /

/ / /

　　　3.　　Therefore, by this stipulation, the parties now move to vacate the October 26, 2022

1

status conference and set an admission hearing before the District Court for **January 6, 2023 at 9:00 a.m.**

IT IS SO STIPULATED.

DATED:       October 24, 2022

/s/Daniel A. Bacon
DANIEL A. BACON
Counsel for Defendant
ANA MARIA OROPEZA

DATED:       October 24, 2022

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

### ORDER

The Stipulation is GRANTED in PART and DENIED in PART. The status conference set for October 26, 2022 at 2:00 p.m. remains on calendar for the Duty Magistrate Judge to take the admission of the charge(s) in the Petition. Sentencing is set for **January 6, 2023, at 9:00 a.m. before District Judge Jennifer L. Thurston**.

IT IS SO ORDERED.

Dated:   **October 24, 2022**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

2